JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ANTHONY WICHELMAN,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>BEN CURRY, Warden,<br><br>　　　　　Respondent. | Case No.  EDCV 08-0688-CAS (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  January 7, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN  9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY